1   Edmond Moussesian
    1437 Highland Ave.
2   Glendale, Ca 91202

3 . DEBTOR

**FILED**
**AUG 31 2010**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

11  In re:                          )   Chapter 7
                                    )   Case No. SV10-37327 EC
                                    )
12  Edmond Moussesian               )   **DEBTOR'S MOTION FOR APPROVAL**
                                    )   **TO SELL REAL PROPERTY.**
13          Debtor                  )
                                    )   **DECLARATION OF Edmond Moussesian**
                                    )
14
                                        **NO HEARING REQUIRED LBR 3015 (W)(4)**

17 TO: Bankruptcy Court Judge , U. S. Trustee and the Chapter 7 Trustee, interested parties:

18 Edmond Moussesian , hereby motions this court for it's order authorizing

19 the sale of his real property located at 1437 highland Ave. Glendale, Ca 91202

20 County of Los Angeles. The subject property contains no equity and is not necessary for a

21 reorganization effort. This motion is pursuant of both LBR 3015 (P) and (W) (4).

22                                  1.

1     The motion is further based upon the declaration of the debtor, the case files and

2     memorandum of points and authorities attached herein.

3

4

5     Dated: August 24, 2010

                                                                                        Edmond Moussesian, Debtor

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22                                  2.

1  DECLARATION OF Edmond Moussesian

2  IN SUPPORT OF MOTION TO SELL REAL PROPERTY.

3

4  STATE OF CALIFORNIA    )                Chapter 7
                          ) ss              Case No. SV10- 37327  EC
5  COUNTY OF Los Angeles  )

6

7    I, Edmond Moussesian   herein declares under the penalty of perjury the following to be

8    true and correct:

9    1.    I filed my Chapter 13 case and converted to a chapter 7.

10   2.    I am "short selling" my principal residence as part of my liquidation process.

11   The subject property is located at  1437 Highland Ave. Glendale, Ca 91202

12   is not part of any reorganization and has no equity to pay creditors.

13   3.    I will not receive any proceeds from the sale of the subject property, as evidenced

14   in the attached HUD estimated closing statement, attached and incorporated as Exhibit A.

15   4.    Sale of the property is in appropriate and avoids foreclosure.

16   5.    The property legal description is attached as exhibit B.

17   Submitted under the penalty of perjury laws of the state of California.

18

19  Dated: August 24, 2010                        _____
                                                  Edmond Moussesian , Debtor
20

21

22

23                                      1.

# MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO SELL REAL PROPERTY.

## I.

## THE COURT MAY GRANT PERMISSION TO SELL ESTATE WHEN THE DEBTOR RECEIVES NO MONEY OR SUCH MONIES ARE EXEMPT.

1. Pursuant to LBR (P), the sale or refinancing of the debtor principal residence or other real property, shall be made by motion pursuant to LBR 3015 (W). Such motion shall be submitted to the chapter 13 trustee for comment before filing.

2. In this matter because of the fact the debtor has converted to a chapter 7, the chapter 13 trustee has no position on the subject real property.

3. Pursuant LBR 3015 (W)(4) In requesting permission to sell or refinance real property, no hearing is required if the equity is exempt and no notice is required in a case where the chapter 13 plan constitutes a 100% payoff.

3. In this particular case the debtor will not receive any money or benefits and the property contains no equity and is not part of or necessary for a reorganization effort.

Dated: August 24, 2010

_Edmond Moussesian_
Edmond Moussesian, Debtor

1.

| A. SETTLEMENT STATEMENT | U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | | |
|---|---|---|---|
| | ESTIMATED BofA Loan # 68249 011432599 | | |
| B. Type of Loan | | | OMB No. 2502 0265 |
| 1. [ ]FHA 2. [ ]FmHA 3. [ ]Conv. Unins. 4. [ ]VA 5. [ ]Conv. Ins. | 6. File Number 001412 | 7. Loan Number | Mortgage Insurance Number |

C. Note: THIS NOTE IS FURNISHED TO GIVE YOU A STATEMENT OF THE ACTUAL SETTLEMENT COSTS. AMOUNTS PAID TO ANY AND BY THE SETTLEMENT AGENT ARE SHOWN. ITEMS MARKED "(P.O.C.)" WERE PAID OUTSIDE OF THE CLOSING. THEY ARE SHOWN HERE FOR INFORMATION PURPOSES AND ARE NOT INCLUDED IN THE TOTALS.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| Aris Matevosian<br>1437 Highland Avenue<br>Glendale, CA 91202 | Edmond K. Moussesian | , CA |

| G. PROPERTY LOCATION | H. Settlement Agent | |
|---|---|---|
| 1437 Highland Avenue<br>Glendale, CA 91202 | Realty Executives Premiere Escrow | |
| | Place of Settlement<br>14349 Victory Blvd., #200<br>Van Nuys, CA 91401 | I. Settlement Date<br>August 30, 2010<br>Disbursement Date<br>September 30, 2010 |

| J. SUMMARY OF BORROWER'S TRANSACTIONS | | K. SUMMARY OF SELLER'S TRANSACTIONS | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract Sales Price | 320,000.00 | 401. Contract sales price | 320,000.00 |
| 102. Personal Property | | 402. Personal property | |
| 103. Settl. Chrgs. to Borrower (line 1400) | 13,399.64 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/Town Taxes | | 406. City/Town taxes | |
| 107. County Taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross Amount Due From Borrower | 333,399.64 | 420. Gross Amount Due to Seller | 320,000.00 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE SELLER** | |
| 201. Deposits or Earnest Money | | 501. Excess deposit (see instructions) | |
| 202. New 1st Trust Deed | 304,000.00 | 502. Settl. chrgs. to seller (line 1400) | 25,519.07 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Seller's credit to Buyer for NRCC | 5,000.00 | 504. ASC | 277,094.10 |
| 205. Owner's title policy | 1,182.00 | 505. Union Bank | 5,000.00 |
| 206. Deposit from Aris Matevosian | 15,000.00 | 506. Seller's credit to Buyer for NRCC | 5,000.00 |
| 207. | | 507. Owner's title policy | 1,182.00 |
| 208. | | 508. Bank of America | 5,000.00 |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/Town taxes | | 510. City/Town taxes | |
| 211. Taxes at $2464.42/semi-annually from 07/01/2010 to 09/29/2010 | 1,204.83 | 511. Taxes at $2464.42/semi-annually from 07/01/2010 to 09/29/2010 | 1,204.83 |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 326,386.83 | 520. Total Reductions in Amount Due Seller | 320,000.00 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER** | | **600. CASH AT SETTLEMENT TO/FROM SELLER** | |
| 301. Gross Amounts due from Borrower (line 120) | 333,399.64 | 601. Gross amount due to Seller (line 420) | 320,000.00 |
| 302. Less amounts paid by/for Borrower (line 220) | 326,386.83 | 602. Less reductions in amount due Seller (line 520) | 320,000.00 |
| 303. CASH FROM BORROWER | 7,012.81 | 603. CASH FROM SELLER | |

| L. SETTLEMENT STATEMENT | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| **700. TOTAL SALES/BROKER'S COMMISSION** | | |
| Based on price $320,000.00 @ 6.00% | | |
| 701. Realty Executives North Hollywood $9,600.00 | | |
| 702. Realty Executives Premiere $9,600.00 | | |
| 703. Commission paid at settlement | | 19,200.00 |
| 704. | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee (1st) | 4,800.00 | |
| 802. Loan Discount Fee (1st) | 985.00 | |
| 803. Appraisal fee | | |
| 804. Credit report | | |
| 805. Lender's inspection fee | | |
| 806. Mortgage insurance application fee | | |
| 807. Assumption fee | | |
| 808. Tax Service Fee (1st) | 84.00 | |
| 809. Flood Certification Fee (1st) | 26.00 | |
| 810. | | |
| 811. | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest at $4.7500/day from 09/10/2010 to 10/01/2010 (1st) | 99.75 | |
| 902. Mortgage insurance | | |
| 903. Insurance ** estimate** for Fire Insurance | 980.00 | |
| 904. Flood Insurance | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | |
| 1001. Insurance @ $45.00/mo for 3 mos (1st) | 135.00 | |
| 1002. Mortgage insurance | | |
| 1003. City property taxes | | |
| 1004. Taxes @ $275.00/mo for 6 mos (1st) | 1,650.00 | |
| 1005. Annual assessments | | |
| 1006. | | |
| 1007. | | |
| 1008. Aggregate Reserves | | |
| 1009. | | |
| **1100. ESCROW AND TITLE CHARGES** | | |
| 1101. Escrow Fee to Realty Executives Premiere Escrow | 1,720.00 | 1,720.00 |
| 1102. Abstract or title search | | |
| 1103. Title examination | | |
| 1104. Title insurance binder | | |
| 1105. Document preparation | | |
| 1106. Notary fees | | |
| 1107. Attorney's fees | | |
| 1108. Title Insurance to Lawyers Title Company | 1,807.00 | |
| 1109. Lender's $ @ $625.00 | | |
| 1110. Owner's coverage $ @ $1,182.00 | | |
| 1111. Policy Endorsements to Lawyers Title Company | 75.00 | |
| 1112. Messenger Fee to Lawyers Title Company | 33.14 | |
| 1113. Additl. Items See Page #3 | 899.75 | 32.50 |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 1201. Recording Fees: Deed $14.00; Mortgage $95.00 to Lawyers Title Company | 95.00 | 14.00 |
| 1202. City Transfer Tax to Lawyers Title Company | | 1,440.00 |
| 1203. Documentary Transfer Tax to Lawyers Title Company | | 352.00 |
| 1204. Wire Fee to Lawyers Title Company | | 90.00 |
| 1205. | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey | | |
| 1302. Pest inspection | | |
| 1303. | | |
| 1304. First American Natural Hazard Disclosures | | 123.95 |
| 1305. Department of Building and Safety | | 70.20 |
| 1306. Los Angeles Department of Water and Power Certificate of Compliance | | 15.00 |
| 1307. Current Taxes to Lawyers Title Company | | 2,461.42 |
| **1400. TOTAL SETTLEMENT CHARGES** | 13,399.64 | 25,519.07 |

In the city of Glendale, County of Los Angeles, State of California, Lot 14 of Tract No. 3671

As per map Book 2908, page 208, of maps in the office of the recorder of said county.

**(VERIFICATION - 446 and 2015.5 C.C.P.)**

STATE OF CALIFORNIA, COUNTY OF _____

I, the undersigned, declare: I am the _____

_____

in the above-entitled action; I have read the foregoing _____

_____ and know the contents thereof; and the same is true of my own knowledge, except as to the matters which are therein stated upon my information and belief, and as to those matters, I believe it to be true.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____    _____    _____
Date                Type or Print Full Name of Declarant and Title if applicable    Signature of Declarant

**(PROOF OF SERVICE BY MAIL - 1013a, 2015.5 C.C.P.)**

STATE OF CALIFORNIA, COUNTY OF __Los Angeles__

I am a resident of/employed in the aforesaid county, State of California; I am over the age of eighteen (18) years and not a party to the within action; my ~~business address~~/residence address is: _____

_____. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

On __8/26/10__, ____, I served the foregoing __Debtors Motion__
__for Approval to sell real property__

_____
(set forth the exact title of the document served)

on _____

in this action by placing a true copy thereof, enclosed in a sealed envelope on this date at __Van Nuys,__

_____
(place of business where the correspondence was placed for deposit in the United States Postal Service)

California, and placed for collection and mailing on this date following ordinary business practices addressed as follows.

U.S. Trustee
725 S. Figueroa St. #2600
Los Angeles, CA 90017

Kathy A. Dockery
700 S. Flower St, #1950
Los Angeles, CA 90017

__8/26/10__   __Tony Brown__